UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLORIA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:04CV1176 RWS |
| | ) |
| COMPASS GROUP NORTH AMERICAN | ) |
| DIVISION d/b/a MORRISON | ) |
| MANAGEMENT SPECIALISTS, INC., | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant Morrison Management Specialists, Inc. is granted summary judgment in this matter.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of October, 2005.